**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | |
|---|---|
| Deborah L. Farstad, ) | |
| ) | |
| Plaintiff, ) | **ORDER ADOPTING** |
| ) | **REPORT AND RECOMMENDATION** |
| vs. ) | |
| ) | |
| ) | |
| Michael J. Astrue, ) | Case No. 4:07-cv-029 |
| Commissioner of Social Security ) | |
| Administration, ) | |
| ) | |
| Defendant. ) | |

_____

The plaintiff, Deborah L. Farstad, filed a complaint on April 5, 2007, seeking judicial review of the Social Security Commissioner's denial of her application for disability insurance benefits under Title II of the Social Security Act, 42 U.S.C. §§ 401-433.  See Docket No. 1.  The Defendant filed a motion for summary judgment on July 24, 2007.  See Docket No. 7.  Farstad filed a motion for summary judgment on July 27, 2007.  See Docket No. 9.  Magistrate Judge Charles S. Miller, Jr. conducted a review of the record and relevant case law and issued a Report and Recommendation on February 25, 2008.  See Docket No. 12.  Magistrate Judge Miller recommended that the Defendant's motion for summary judgment be granted and that this matter be dismissed.  Farstad was given ten (10) days to file an objection to the Report and Recommendation.  Farstad did not file an objection to the Report and Recommendation.

The Court has carefully reviewed the Report and Recommendation, relevant case law, and the entire record, and finds the Report and Recommendation to be persuasive.  The Court **ADOPTS** the Report and Recommendation (Docket No. 12) in its entirety.  The Defendant's motion for

summary judgment (Docket No. 7) is **GRANTED** and the Plaintiff's motion for summary judgment is **DENIED** (Docket No. 9).  This matter is **DISMISSED**.

    **IT IS SO ORDERED.**

Dated this day of 19th day of March, 2008.

                                              */s/ Daniel L. Hovland*
                                              Daniel L. Hovland, Chief Judge
                                              United States District Court